IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| 1925 HOOPER LLC; ROBERT J. ARKO; and ANDREW M. MOORE; on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS; et al.,<br><br>    Defendants. | CASE NO.: 1-23-cv-05392-MHC |

## **ORDER**

Before the Court is the *Notice of Pending Settlement and Stipulated Motion to Stay Case as to HomeSmart Defendants* (the "Stipulated Motion to Stay") filed by Plaintiffs 1925 Hooper LLC, Robert J. Arko, and Andrew M. Moore (collectively, "Plaintiffs"), and Defendants HomeSmart Holdings, Inc., PalmerHouse Properties, LLC, and Solid Source Realty, Inc. (collectively, "HomeSmart Defendants"). The Stipulated Motion to Stay seeks to stay the entire case as to HomeSmart Defendants pending a decision on final approval of a proposed nationwide settlement entered in *Gibson v. Nat'l Ass'n of Realtors, et al.*, Case No. 4:23-cv-00788-SRB (W.D. Mo.) (hereinafter, the "HomeSmart Settlement Agreement"). Plaintiffs and HomeSmart

Defendants agree that judicial efficiency would best be served by a stay of the entire case as to HomeSmart Defendants pending a decision on final approval of the HomeSmart Settlement Agreement.

For good cause shown, it is hereby **ORDERED** that the Stipulated Motion to Stay [ECF No. 74] is **GRANTED**. Accordingly, the Court temporarily **STAYS** this case as to HomeSmart Defendants until a ruling is made on final approval of the HomeSmart Settlement Agreement in *Gibson*.

**SO ORDERED** this 24th day of July, 2024.

_____
THE HONORABLE MARK H. COHEN
UNITED STATES DISTRICT JUDGE

Prepared by:

*/s/ Scott Eric Anderson*
Scott Eric Anderson
Georgia Bar No. 105077
scott.anderson@fmglaw.com

*Counsel for HomeSmart Defendants*