IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| 1925 HOOPER LLC; ROBERT J. ARKO; and ANDREW M. MOORE; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS; *et al.*,<br><br>Defendants. | Case No. 1:23-cv-05392-MHC<br><br>Hon. Mark H. Cohen |

**NOTICE OF PENDING SETTLEMENT AND
JOINT MOTION TO STAY CASE AS TO eXp WORLD HOLDINGS, INC.**

Plaintiffs 1925 Hooper LLC, Robert J. Arko, and Andrew M. Moore (collectively, "Plaintiffs") and Defendant eXp World Holdings, Inc. ("eXp"), by their respective undersigned attorneys, hereby respectfully notify the Court that Plaintiffs have reached a settlement with eXp to settle all claims asserted against eXp in this action as part of a proposed nationwide class settlement. The settlement was jointly negotiated with counsel for the Plaintiffs, including with the assistance of mediators. The settlement is subject to the Court's approval under Federal Rule of Civil Procedure 23. Plaintiffs will promptly file a motion in this Court for preliminary approval of the proposed settlement.

Plaintiffs and eXp hereby jointly request that the Court stay all deadlines and proceedings as to eXp to preserve the resources of Plaintiffs, eXp and the Court, and to facilitate Plaintiffs in seeking preliminary and final approval of the settlement.

Dated: October 7, 2024

Respectfully submitted,

By: */s/Jonathan M. Palmer*
Bryan M. Knight (GA Bar No. 142401)
Jonathan M. Palmer (GA Bar No. 453452)
Nicholas Sears (GA Bar No. 491480)
W. Lawton Jordan (GA Bar No. 119651)
KNIGHT PALMER, LLC
1360 Peachtree Street, Suite 1201
Atlanta, GA 30309
(404) 228-4822
*bknight@knightpalmerlaw.com*
*jpalmer@knightpalmerlaw.com*
*nsears@knightpalmerlaw.com*
*ljordan@knightpalmerlaw.com*

By: */s/ Nathan D. Chapman*
Nathan D. Chapman (GA Bar No. 244954)
Joshua Y. Joel (GA Bar No. 230547)
KABAT, CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
(404) 400-7300
*nchapman@kcozlaw.com*
*jjoel@kcozlaw.com*

**Counsel for Plaintiffs 1925 Hooper LLC, Robert J. Arko, and Andrew M. Moore**

By: */s/Henry R. Chalmers*
Henry R. Chalmers (GA Bar No. 118715)

T. Chase Ogletree (GA Bar No. 579860)
ARNALL GOLDEN GREGORY LLP
171 17th Street, NW, Suite 2100
Atlanta, GA 30363
(404) 873-8500
*henry.chalmers@agg.com*
*chase.ogletree@agg.com*

Stephen J. Siegel (admitted *pro hac vice*)
ARMSTRONG TEASDALE LLP
100 North Riverside Plaza
Chicago, IL 60606
(312) 419-6900
*ssiegel@atllp.com*

Of counsel:
James A. Morsch
Francis X. Riley
SAUL EWING LLP
161 N. Clark Street, Suite 4200
Chicago, IL 60601
(312) 876-7866
*jim.morsch@saul.com*
*francis.riley@saul.com*

**Counsel for Defendant eXp World Holdings, Inc.**

# CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2024, a copy of the foregoing document was electronically filed through the ECF system and will be sent electronically to all persons identified on the Notice of Electronic Filing.

    */s/Jonathan M. Palmer*
Bryan M. Knight (GA Bar No. 142401)
Jonathan M. Palmer (GA Bar No. 453452)
Nicholas Sears (GA Bar No. 491480)
W. Lawton Jordan (GA Bar No. 119651)
KNIGHT PALMER, LLC
1360 Peachtree Street, Suite 1201
Atlanta, GA 30309
(404) 228-4822
*bknight@knightpalmerlaw.com*
*jpalmer@knightpalmerlaw.com*
*nsears@knightpalmerlaw.com*
*ljordan@knightpalmerlaw.com*

Nathan D. Chapman (GA Bar No. 244954)
Joshua Y. Joel (GA Bar No. 230547)
KABAT, CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
(404) 400-7300
*nchapman@kcozlaw.com*
*jjoel@kcozlaw.com*

**Counsel for Plaintiffs 1925 Hooper LLC, Robert J. Arko, and Andrew M. Moore**