# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| 1925 HOOPER LLC; ROBERT J. ARKO; and ANDREW M. MOORE; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONAL ASSOCIATION OF REALTORS; *et al.*,<br><br>Defendants. | Case No.: 1:23-cv-05392-MHC<br><br>Hon. Mark H. Cohen |

## ORDER DROPPING CERTAIN DEFENDANTS WITH PREJUDICE

Before the Court is Plaintiffs' Consent Motion to Drop Certain Defendants With Prejudice. Defendants Christie's International Real Estate, LLC, Engel & Völkers Americas, Inc., Engel & Völkers Atlanta , Redfin Corporation, HomeSmart Holdings, Inc., Solid Source Realty, Inc., Palmerhouse Properties, LLC, and Ansley Atlanta Real Estate, LLC (collectively, the "Settled Defendants") having consented and stipulated thereto and for good cause shown, this Court hereby **ORDERS** that the Settled Defendants shall be dropped from this action and dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 21. Plaintiffs and the Settled Defendants shall bear their own costs and expenses incurred in this action.

This 21st day of November, 2024.

_____
THE HONORABLE MARK H. COHEN
UNITED STATES DISTRICT JUDGE

2