# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| 1925 HOOPER LLC; ROBERT J. ARKO; and ANDREW M. MOORE; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS; *et al.*,<br><br>Defendants. | CASE NO.: 1:23-cv 05392-MHC |

### JOINT MOTION AND STIPULATION
### TO CONTINUE TO STAY CASE AS TO "RELEASED PARTIES"

Plaintiffs 1925 Hooper LLC, Robert J. Arko, and Andrew M. Moore, on behalf of themselves and all others similarly situated (collectively, "Plaintiffs"), and the undersigned Defendants (collectively, "Stipulating Defendants") (Plaintiffs and Stipulating Defendants together, the "Parties") hereby consent and stipulate to stay all proceedings and deadlines as to the Released Parties until after the exhaustion of all appeals of the order granting final approval of NAR's settlement in *Burnett v. National Association of Realtors*, No. 4:19-cv-00332 (W.D. Mo.) (ECF No. 68), as set forth below. The Parties jointly submit this Joint Motion and Stipulation pursuant to the Court's May 20, 2024 Order (ECF No. 69).

WHEREAS, On May 20, 2024, the Parties filed a notice of settlement and motion for stay, requesting an Order from this Court staying all proceedings and

1

deadlines as to NAR and any party considered a "Released Party" pending a ruling on final approval of NAR's settlement in *Burnett v. National Association of Realtors*, No. 4:19-cv-00332 (W.D. Mo.) (ECF No. 68) ("Settlement Agreement").

WHEREAS, on May 20, 2024, this Court stayed all deadlines "as to all Defendants that are automatically 'Released Parties' under the Settlement Agreement, including NAR and any Defendant considered a brokerage with calendar year 2022 Total Transaction Volume for residential home sales of $2 billion or less" (ECF No. 69).

WHEREAS, this Court ordered the Parties to file a status report within 10 days of a decision on final approval of the Settlement Agreement.

WHEREAS, on November 27, 2024, the *Burnett* court granted final approval of the Settlement Agreement. No. 4:19-cv-00332 (W.D. Mo.), ECF No. 1622. The *Burnett* court has not yet certified its order under Federal Rule of Civil Procedure 54(b) as a final judgment for appeal.

WHEREAS, Objectors have since filed notices of appeal. No. 4:19-cv-00332 (W.D. Mo.), ECF Nos. 1624, 1630, 1632.

## STIPULATION

**THEREFORE,** Plaintiffs and Stipulating Defendants stipulate and agree as follows, and request that the Court enter an order as follows:

(1) Continuing the stay of all deadlines as to the Released Parties until after the exhaustion of all appeals of the order granting final approval (No. 4:19-cv-00332 (W.D. Mo.), ECF No. 1622).

(2) The Parties will file provide the Court with a status update within 10 days of the conclusion of any appeals of the Final Approval Order to the United States Court of Appeals for the Eighth Circuit.

STIPULATED to this 6th day of December, 2024.

Presented by:

*/s/ Nathan D. Chapman*
Bryan M. Knight
Georgia Bar No. 142401
Jonathan M. Palmer
Georgia Bar No. 453452
Nicholas Sears
Georgia Bar No.
W. Lawton Jordan
Georgia Bar No. 119651

KNIGHT PALMER LLC
1360 Peachtree Street, Suite 1201
Atlanta, Georgia 30309
P: (404) 228-4822
bknight@knightpalmerlaw.com
jpalmer@knightpalmerlaw.com
nsears@knightpalmerlaw.com
ljordan@knightpalmerlaw.com

Nathan D. Chapman
Georgia Bar No. 244954
Joshua Y. Joel
Georgia Bar No. 230547

*/s/ Debra D. Bernstein*
Debra D. Bernstein
Georgia Bar No. 054998

QUINN EMANUEL URQUHART & SULLIVAN LLP
1200 Abernathy Road, Suite 1500
Atlanta, GA 30328
Telephone: (404) 482-3502
Fax: (404) 482-3502
debrabernstein@quinnemanuel.com

*Counsel for Defendant National Associations of REALTORS®*

*/s/ Charles H. Van Horn*
Charles H. Van Horn
Georgia Bar No. 724710
Katherine M. Silverman
Georgia Bar No. 395741

BERMAN FINK VAN HORN P.C.

3

KABAT, CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
Direct: (404) 400-7303
Main: (404) 400-7300
nchapman@kcozlaw.com
jjoel@kcozlaw.com

*Counsel for Plaintiffs*

3475 Piedmont Road NE
Suite 1640
Atlanta, GA 30305
(T): (404) 261-7711
CVanHorn@bfvlaw.com
Ksilverman@bfvlaw.com

*/s/ Ned Blumenthal*
Ned Blumenthal
Georgia Bar No. 064480

WEISSMAN PC
3500 Lenox Road
4th Floor
Atlanta, GA 30326
(T): (404) 926-4500
nedb@weissman.law

*Counsel for Defendants EAV, LLC d/b/a Engle & Volkers Atlanta, Tracey Cousineau Real Estate, LLC, Sanders Realty Holdings, LLC, BOLST, Inc., Chapman Hall Realtors, Inc., Signature Properties Group, Inc., Path & Post, LLC, Greater Atlanta Real Estate Group, LLC, Greater Atlanta Realty Holdings Corporation, and Atlanta Communities Real Estate Brokerage, LLC*

*/s/ David L. Bury, Jr.*
David L. Bury, Jr.
Georgia Bar No. 133066

Stone & Baxter, LLP
577 Third Street
Macon, Georgia 31201
Tel: (478) 750-9898
Fax: (478) 750-9899
dbury@stoneandbaxter.com

4

*Counsel for AF Realty Group, LLC*

*/s/ John Snelling*
John Snelling
Georgia Bar No. 665759
Alan Rupe (*admitted pro hac vice*)
Francis Schneider (*admitted pro hac vice*)

Lewis Brisbois Bisgaard and Smith LLP
600 Peachtree Street NE 4700
Atlanta, GA 30308
Tel: (404) 567-6588
John.snelling@lewisbrisbois.com
Alan.Rupe@lewisbrisbois.com
Francis.Schneider@lewisbrisbois.com

*Counsel for Beacham & Company*

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULES AND SERVICE**

In accordance with L.R. 7.1(D), it is hereby certified that the foregoing was prepared in Times New Roman, 14-point font, one of the fonts specified in L.R. 5.1(C).

Respectfully submitted this 6th day of December, 2024.

>*/s/ Debra D. Bernstein*
>Debra D. Bernstein
>Georgia Bar No. 054998

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically submitted the foregoing to the Clerk of Court using the Court's E-file system, which will automatically send electronic mail notification of such filing to all parties who have appeared in the action.

This 6th day of December, 2024.

>*/s/ Debra D. Bernstein*
>Debra D. Bernstein
>Georgia Bar No. 054998