IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| 1925 HOOPER LLC; ROBERT J. ARKO; and ANDREW M. MOORE; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS; et al.,<br><br>Defendants. | Case No. 1:23-cv-05392-MHC |

**DEFENDANT WEICHERT OF NORTH AMERICA, INC.'S
CERTIFICATE OF INTERESTED PERSONS AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

In accordance with Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant Weichert of North America, Inc., by and through undersigned counsel, certifies as follows:

1. The following is a full and complete list of all parties to this action:

Plaintiffs:

    a. 1925 Hooper LLC

    b. Robert J. Arko

    c. Andrew M. Moore

    d. All others similarly situated

Defendants:

1

a. The National Association of Realtors

b. Higher Tech Realty, LLC d/b/a Mark Spain Real Estate

c. Weichert of North America, Inc.

d. eXp World Holdings, Inc.

e. Hamilton Dorsey Alston Company, Inc.

f. Beacham & Company, LLC

g. Tracy Cousineau Real Estate, LLC

h. Sanders Realty Holdings, LLC

i. Bolst, Inc. d/b/a The Justin Landis Group

j. Chapman Hall Realtors, Inc.

k. Signature Properties Group, Inc.

l. Method Real Estate Group, LLC d/b/a Method Real Estate Advisors

m. Path & Post, LLC d/b/a Path & Post Real Estate

n. Duckworth Properties, LLC

o. AF Realty Group, LLC

p. Greater Atlanta Real Estate Group, LLC d/b/a Maximum One Realty

q. Greater Atlanta Realty Holdings Corporation d/b/a Maximum One Realty

r. Atlanta Communities Real Estate Brokerage, LLC.

Proposed Intervenors:

a. Laura Criss

b. Don Gibson

c. John Meiners

d. Daniel Umpa

2. Weichert of North America, Inc. states that it has no parent company, and no publicly-held company owns 10% or more of its stock.

3. There are no persons, associations, firms, partnerships, or corporations known to Defendant Weichert of North America, Inc. to have either a financial interest in or other interest which could be substantially affected by the outcome of this particular case other than the above-named Plaintiffs and Defendants.

4. The following is a complete list of each person serving as a lawyer on behalf of Defendant Weichert of North America, Inc. in this proceeding:

Michael J. Sullivan
Womble Bond Dickinson (US) LLP
1331 Spring Street, N.W.
Suite 1400
Atlanta, GA 30309

Michael W. Scarborough (*pro hac vice* forthcoming)
Dylan I. Ballard (*pro hac vice*)
Vinson & Elkins LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105

Adam L. Hudes (*pro hac vice* forthcoming)
Stephen M. Medlock (*pro hac vice* forthcoming)
Vinson & Elkins LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037

Mackenzie Newman (*pro hac vice* forthcoming)
Vinson & Elkins LLP
1441 Avenue of the Americas
32nd Floor
New York, NY 10036

   5. The following is a complete list of each person serving as a lawyer on

behalf of Plaintiffs in this proceeding:

Jonathan Palmer
Knight Palmer, LLC
One Midtown Plaza
1360 Peachtree Street, Suite 1201
Atlanta, Georgia 30309

Bryan M. Knight
Knight Palmer, LLC
One Midtown Plaza
1360 Peachtree Street, Suite 1201
Atlanta, Georgia 30309

Nicholas Sears
Knight Palmer, LLC
One Midtown Plaza
1360 Peachtree Street, Suite 1201
Atlanta, Georgia 30309

Nathan D. Chapman
Kabat, Chapman & Ozmer LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363

Joshua Y. Joel
Kabat, Chapman & Ozmer LLP
171 17th Street NW, Suite 1550
Atlanta, Georgia 30363

Respectfully submitted this 9th day of December, 2024 by:

/s/ Dylan I. Ballard
Michael J. Sullivan
Georgia Bar No. 142203
WOMBLE BOND DICKINSON (US) LLP
1331 Spring Street, N.W.
Suite 1400
Atlanta, GA 30309
(404) 879-2438
michael.sullivan@wbd-us.com

Michael W. Scarborough
(*pro hac vice* forthcoming)
Dylan I. Ballard (*pro hac vice*)
VINSON & ELKINS LLP
555 Mission Street, Suite 2000
San Francisco, CA 94105
Telephone: (415) 979-6900
mscarborough@velaw.com
dballard@velaw.com

Adam L. Hudes
(*pro hac vice* forthcoming)
Stephen M. Medlock
(*pro hac vice* forthcoming)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Telephone: (202) 639-6500
ahudes@velaw.com
smedlock@velaw.com

Mackenzie Newman
(*pro hac vice* forthcoming)
VINSON & ELKINS LLP
1441 Avenue of the Americas
32nd Floor
New York, NY 10036
Telephone: (212) 237-0000
mnewman@velaw.com

*Attorneys for Defendant Weichert Of North America, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2024, a true and correct copy of the foregoing document was electronically filed through the Court's CM/ECF system, which will cause notice of this filing to be sent to all persons identified on the Notice of Electronic filing.

/s/ *Dylan I. Ballard*
Dylan I. Ballard