IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| 1925 HOOPER LLC; ROBERT J. ARKO; and ANDREW M. MOORE; on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE NATIONAL ASSOCIATION OF REALTORS; *et al.*, <br><br> Defendants. | CASE NO.: 1:23-cv-05392-MHC |

**NOTICE OF PENDING SETTLEMENT AND
JOINT MOTION TO STAY CASE AS TO
ATLANTA COMMUNITIES REAL ESTATE BROKERAGE, LLC**

Plaintiffs 1925 Hooper LLC, Robert J. Arko, and Andrew M. Moore (collectively, "Plaintiffs") and Defendant Atlanta Communities Real Estate Brokerage, LLC ("Atlanta Communities"), by their respective undersigned attorneys, hereby respectfully notify the Court that Plaintiffs have reached a settlement with Atlanta Communities to settle all claims asserted against Atlanta Communities in this action as part of a proposed nationwide class settlement. The settlement was jointly negotiated with counsel for the Plaintiffs. The settlement is subject to the Court's approval under Federal Rule of Civil Procedure 23. Plaintiffs will promptly file a motion in this Court for preliminary approval of the proposed settlement.

Plaintiffs and Atlanta Communities hereby jointly request that the Court stay all

deadlines and proceedings as to Atlanta Communities to preserve the resources of Plaintiffs, Atlanta Communities and the Court, and to facilitate Plaintiffs in seeking preliminary and final approval of the settlement.

Dated: December 10, 2024          Respectfully submitted,

> By: */s/ Jonathan M. Palmer*
> Bryan M. Knight
> Georgia Bar No. 142401
> Jonathan M. Palmer
> Georgia Bar No. 453452
> Nicholas Sears
> Georgia Bar No. 491480
> W. Lawton Jordan
> Georgia Bar No. 119651
> KNIGHT PALMER, LLC
> 1360 Peachtree Street, Suite 1201
> Atlanta, GA 30309
> (404) 228-4822
> bknight@knightpalmerlaw.com
> jpalmer@knightpalmerlaw.com
> nsears@knightpalmerlaw.com
> ljordan@knightpalmerlaw.com
>
> By: */s/ Nathan D. Chapman*
> Nathan D. Chapman
> Georgia Bar No. 244954
> Gary E. Thomas
> Georgia Bar No. 704860
> Matthew Hayes
> Georgia Bar No. 494682
> KABAT, CHAPMAN & OZMER LLP
> 171 17th Street NW, Suite 1550
> Atlanta, GA 30363
> (404) 400-7300
> nchapman@kcozlaw.com
> gthomas@kcozlaw.com
> mhayes@kcozlaw.com

*Counsel for Plaintiffs 1925 Hooper LLC, Robert J. Arko, and Andrew M. Moore*

By: <u>*/s/ Charles H. Can Horn*</u>
  Charles H. Van Horn
  Georgia Bar No. 724710
  Katherine M. Silverman
  Georgia Bar No. 395741
  BERMAN FINK VAN HORN P.C.
  3475 Piedmont Road, N.E., Suite 1640
  Atlanta, GA 30305
  (404) 261-7711
  CVanHorn@bfvlaw.com
  Ksilverman@bfvlaw.com

By: <u>*/s/ Ned Blumenthal*</u>
  Ned Blumenthal
  Georgia Bar No. 064480
  WEISSMAN PC
  3500 Lenox Road, 4th Floor
  Atlanta, GA 30326
  (404) 926-4500
  nedb@weissman.law

*Counsel for Defendant Atlanta Communities Real Estate Brokerage, LLC*