## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |
|---|---|
| 1925 HOOPER LLC; ROBERT J. ARKO; and ANDREW M. MOORE; on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>NATIONAL ASSOCIATION OF REALTORS; *et al.*,<br><br>        Defendants. | Case No.: 1:23-cv-05392-MHC<br><br>Hon. Mark H. Cohen |

## **ORDER**

Presently before the Court is a Notice of Pending Settlement and Joint Motion to Stay Case as to Atlanta Communities Real Estate Brokerage, LLC filed by Plaintiffs 1925 Hooper LLC, Robert J. Arko, and Andrew M. Moore (collectively, "Plaintiffs") and Defendant Atlanta Communities Real Estate Brokerage, LLC ("Atlanta Communities") [Doc. 131].  In the Motion, Plaintiffs and Atlanta Communities consent and stipulate to stay all proceedings and deadlines as to Atlanta Communities to preserve resources of Plaintiffs, Atlanta Communities, and the Court, and to facilitate Plaintiffs in seeking preliminary and final approval of the settlement.

For good cause shown, it is hereby **ORDERED** that the Parties' Motion to Stay Case as to Atlanta Communities [Doc. 131] is **GRANTED**. The Court **STAYS** this case as to Atlanta Communities, including all proceedings and all deadlines.

This 2nd day of April, 2025.

THE HONORABLE MARK H. COHEN
UNITED STATES DISTRICT JUDGE