**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| 1925 HOOPER LLC; ROBERT J. ARKO; and ANDREW M. MOORE; on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS; *et al.*,<br><br>Defendants. | CASE NO.: 1:23-cv-05392-MHC |

**PLAINTIFFS' NOTICE OF ERRATA WITH RESPECT TO MOTION FOR FINAL APPROVAL OF SETTLEMENTS WITH DEFENDANTS HIGHER TECH REALTY, LLC D/B/A MARK SPAIN REAL ESTATE, EXP WORLD HOLDINGS, INC., WEICHERT OF NORTH AMERICA, INC., AND ATLANTA COMMUNITIES REAL ESTATE BROKERAGE, LLC**

Plaintiffs 1925 Hooper LLC, Robert J. Arko, and Andrew M. Moore ("Plaintiffs") respectfully submit this Notice of Errata to correct an erroneous factual statement included in their Memorandum of Points and Authorities in support of their Motion for Final Approval of Settlements with Defendants Higher Tech Realty, LLC D/B/A Mark Spain Real Estate, eXp World Holdings, Inc., Weichert of North America, Inc., and Atlanta Communities Real Estate Brokerage, LLC [D.E. 199] (the "Motion"). Specifically, Plaintiffs inadvertently included a statement that RE/MAX, LLC, Realogy Holdings Corp., and Keller Williams settled with the plaintiffs in the

*Burnett* action[1] after a jury returned a verdict in favor of the Missouri Plaintiffs.  In

fact, RE/MAX and Realogy settled with the Missouri Plaintiffs in advance of trial.

The corrected Motion and supporting memorandum is attached hereto as Exhibit A.

Other than correcting this minor factual error—which is unrelated to the substantive

arguments advanced in Plaintiffs' Motion—there are no changes to substance of the

Motion.

    Dated:  September 30, 2025

 

        */s/Nathan D. Chapman*
        Nathan D. Chapman
        Georgia Bar No. 244954
        Gary E. Thomas
        Georgia Bar No. 804760
        Matthew Hayes
        Georgia Bar No. 494682

        **KABAT, CHAPMAN, & OZMER LLP**
        171 17th Street NW, Suite 1550
        Atlanta, GA 30363
        Main: (404) 400-7300
        Facsimile: (404) 400-7333
        nchapman@kcozlaw.com
        gthomas@kcozlaw.com
        mhayes@kcozlaw.com

        Bryan M. Knight
        Georgia Bar No. 142401
        Jonathan M. Palmer
        Georgia Bar No. 453452
        W. Lawton Jordan

---

[1] United States District Court for the Western District of Missouri, Case No. 4:19-CV-332-SRB.

Georgia Bar No. 119651

**KNIGHT PALMER, LLC**
One Midtown Plaza
1360 Peachtree Street, Suite 1201
Atlanta, Georgia 30309
P: (404) 228-4822
F: (404) 228-4821
bknight@knightpalmerlaw.com
jpalmer@knightpalmerlaw.com
nsears@knightpalmerlaw.com
ljordan@knightpalmerlaw.com

*Counsel for Plaintiffs 1925 Hooper, LLC, Robert J. Arko, and Andrew M. Moore*

## LOCAL RULE 5.1(c) CERTIFICATION

The undersigned attorney of record hereby certifies that the text of this submission has been prepared in Times New Roman typeface, 14-point, consistent with this Court's requirements in Local Rule 5.1(c).

DATED:    September 30, 2025          */s/Nathan D. Chapman*
                                       Nathan D. Chapman


## CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that on March 6, 2025, a true and correct copy of the foregoing was filed electronically by the Court's CM/ECF system, which will cause notice and a copy of this filing to be sent to all counsel of record by electronic mail.

DATED:    September 30, 2025          */s/Nathan D. Chapman*
                                       Nathan D. Chapman