# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| 1925 HOOPER LLC; ROBERT J. ARKO; and ANDREW M. MOORE; on behalf of themselves and all others similarly situated,<br><br>           Plaintiffs,<br>v.<br><br>THE NATIONAL ASSOCIATION OF REALTORS; *et al.*,<br><br>           Defendants. | Case No. 1:23-cv-05392-MHC<br><br>Hon. Mark H. Cohen |

## **PLAINTIFFS' NOTICE OF FILING**

Plaintiffs by their respective undersigned attorneys, respectfully provide Notice to the Court of Plaintiffs' filing the attached [Proposed] Order Granting Plaintiffs' Motion for Final Approval of Settlements with Defendants Higher Tech Realty, LLC d/b/a Mark Spain Real Estate, eXp World Holdings, Inc., Weichert of North America, Inc., and Atlanta Communities Real Estate Brokerage, LLC, which is attached hereto as Exhibit A. Prior to this filing, all Settling Defendants reviewed and approved the same.

Dated: November 10, 2025           Respectfully submitted,

                                                By: */s/ Jonathan M. Palmer*

Bryan M. Knight (GA Bar No. 142401)
Jonathan M. Palmer (GA Bar No. 453452)
Nicholas Sears (GA Bar No. 491480)
W. Lawton Jordan (GA Bar No. 119651)
KNIGHT PALMER, LLC
1360 Peachtree Street, Suite 1201
Atlanta, GA 30309
(404) 228-4822
*bknight@knightpalmerlaw.com*
*jpalmer@knightpalmerlaw.com*
*nsears@knightpalmerlaw.com*
*ljordan@knightpalmerlaw.com*

By: */s/ Nathan D. Chapman*
Nathan D. Chapman (GA Bar No. 244954)
Gary E. Thomas (GA Bar No. 804760)
KABAT, CHAPMAN & OZMER LLP
171 17th Street NW, Suite 1550
Atlanta, GA 30363
(404) 400-7300
*nchapman@kcozlaw.com*
*gthomas@kcozlaw.com*

**Counsel for Plaintiffs 1925 Hooper LLC,**
***Robert J. Arko, and Andrew M. Moore***

## **LOCAL RULE 5.1(c) CERTIFICATION**

The undersigned attorney of record hereby certifies that the text of this submission has been prepared in Times New Roman typeface, 14-point, consistent with this Court's requirements in Local Rule 5.1(c).

DATED:	November 10, 2025	*/s/ Nathan D. Chapman*
	Nathan D. Chapman

## **CERTIFICATE OF SERVICE**

The undersigned attorney of record hereby certifies that on November 10, 2025, a true and correct copy of the foregoing was filed electronically by the Court's CM/ECF system, which will cause notice and a copy of this filing to be sent to all counsel of record by electronic mail.

DATED:	November 10, 2025	*/s/ Nathan D. Chapman*
	Nathan D. Chapman