# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| 1925 HOOPER LLC; ROBERT J. ARKO; and ANDREW M. MOORE; on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> NATIONAL ASSOCIATION OF REALTORS; *et al.*, <br><br> Defendants. | Case No.: 1:23-cv-05392-MHC <br><br> Hon. Mark H. Cohen |

## NOTICE OF FILING BY OBJECTORS
## DON GIBSON, JEREMY KEEL, AND DANIEL UMPA

Objectors Don Gibson, Jeremy Keel, and Daniel Umpa, by and through their undersigned counsel, hereby file the attached [Proposed] Order Denying Plaintiffs' Motion for Final Approval of Settlements as to Defendants eXp World Holdings, Inc. and Weichert of North America, Inc.

Dated: November 20, 2025

Respectfully submitted by:

*/s/ Marc M. Seltzer*
Marc M. Seltzer (*pro hac vice*)
mseltzer@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, California 90067
Telephone: (310) 789-3100

Joseph A. Kaiser (Georgia Bar No. 323435)
GROTH MAKARENKO KAISER & EIDEX LLC
One Sugarloaf Centre
1960 Satellite Blvd Suite 2000
Duluth, GA 30097
Telephone: (770) 904-3590
jk@gmke.law

Rio S. Pierce (*pro hac vice*)
riop@hbsslaw.com
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000

Brandon J.B. Boulware (*pro hac vice*)
BOULWARE LAW LLC
1600 Genessee, Suite 416
Kansas City, MO 64102
Tele:  (816) 492-2826
Fax:   (816) 492-2826
brandon@boulware-law.com

Eric L. Dirks (*pro hac vice*)
WILLIAMS DIRKS DAMERON LLC
1100 Main Street, Suite 2600
Kansas City, MO 64105
Tele:  (816) 945-7110
Fax:   (816) 945-7118
dirks@williamsdirks.com

Robert A. Braun (*pro hac vice*)
rbraun@cohenmilstein.com
COHEN MILSTEIN SELLERS & TOLL PLLC
1100 New York Ave. NW, Fifth Floor
Washington, DC 20005
Telephone: (202) 408-4600
Telephone: (708) 628-4949

*Attorneys for Objectors*

2

## LOCAL RULE 5.1(C) CERTIFICATTION

The undersigned attorney of record hereby certifies that the text of this submission has been prepared in Times New Roman typeface, 14-point, consistent with this Court's requirements in Local Rule 5.1(C).

DATED: November 20, 2025          */s/ Marc M. Seltzer*
                                 Marc M. Seltzer

## CERTIFICATE OF SERVICE

The undersigned attorney of record hereby certifies that on November 20, 2025, a true and correct copy of the foregoing was filed electronically by the Court's CM/ECF system, which caused notice and a copy of this filing to be sent to all counsel of record.

DATED: November 20, 2025          */s/ Marc M. Seltzer*
                                 Marc M. Seltzer