IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

1925 HOOPER LLC, et al.,

    Plaintiffs,

v.

THE NATIONAL ASSOCIATION
OF REALTORS, et al.,

    Defendants.

CIVIL ACTION FILE

NO. 1:23-CV-5392-MHC

## FINAL ORDER AND JUDGMENT

**WHEREAS** the Court has granted Final Approval of the Class Action
Settlement Agreements between Plaintiffs and Defendants Higher Tech Realty,
LLC d/b/a Mark Spain Real Estate, eXp World Holdings, Inc., Weichert of North
America, Inc., and Atlanta Communities Real Estate Brokerage, LLC (collectively,
the "Settling Defendants") on March 31, 2026 [Doc. 245],

**IT IS HEREBY ORDERED**:

1.

All capitalized terms shall have the same meaning ascribed to them as
referenced in the Settlement Agreement with eXp (Dec. 9, 2024) [Doc. 136-3];
Settlement Agreement with Weichert (Dec. 11, 2024) [Doc. 136-4]; Settlement

Agreement with Higher Tech (Dec. 17, 2024) [Doc. 136-2]; Settlement Agreement with Atlanta Communities (Jan. 3, 2025) [Doc. 136-5] (the "Settlement Agreements").

2.

The Settlement Class consists of "All persons who sold a home that was listed on a multiple listing service anywhere in the United States where a commission was paid to any brokerage in connection with the sale of the home between October 31, 2019 and date of Class Notice" and encompasses all persons who sold homes on any multiple listing service nationwide, regardless of affiliation with the National Association of Realtors and regardless of whether the Settlement Class member used one of the Settling Defendants as a broker.

3.

The Settlement Class are bound by the Settlement Agreements, the releases contained therein, and this Final Judgment.

4.

Pursuant to Rule 23(g) of the Federal Rules of Civil Procedure, the Court confirms the appointment of the law firms of Knight Palmer LLC and Kabat Chapman & Ozmer LLP as Class Counsel.

2

5.

The Court confirms its earlier designation of CPT Group, Inc. as the notice and claims administrator.

6.

The Releasing Parties are forever discharged and released from all Released Claims.

7.

The Court dismisses on the merits and with prejudice the claims asserted against the Settling Defendants in the above-styled lawsuit, with each party to bear its own costs and attorneys' fees, except as provided in the Court's Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees and Expenses, and as provided in the Settlement Agreements.

8.

Without affecting the finality of the judgment, the Court expressly retains continuing and exclusive jurisdiction over all matters relating to the administration and consummation of the Settlement Agreements and to interpret, implement, administer and enforce the Settlement Agreements (including with respect to the scope of the Settlement Class, Released Claims, and Released Parties), in accordance with their terms, and to implement and complete the claims

3

administration process and the plan of allocation, in accordance with the Settlement Agreements, for the benefit of the Settlement Class.

9.

Plaintiffs, the Settlement Class, and the Settling Defendants irrevocably submit to the exclusive jurisdiction of this Court for the resolution of any matter arising out of or relating to the Settlement Agreements, the Order Granting Final Approval of Settlement, Certifying Settlement Class, and Awarding Attorney's Fees and Expenses, or this Final Order and Judgment.

10.

The Settlement Class are permanently barred and enjoined from instituting or continuing the prosecution of any action asserting Released Claims against the Releasing Parties.

11.

There is no just reason to delay entry of this Order and Final Judgment and immediate entry by the Clerk of the Court is directed pursuant to Rule 54(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED** this 31st day of March, 2026.

_____
MARK H. COHEN
United States District Judge